IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:11cr63HSO-SMR

DALTON WESLEY SIMMONS         21 U.S.C. § 846
WANDA MARIE DUNCAN
BRETT VINCENT CHARBONNEAU
KATRINA ELIZABETH WALLACE

**The Grand Jury charges:**

On or about May 27, 2010, in Harrison County in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **DALTON WESLEY SIMMONS, WANDA MARIE DUNCAN, BRETT VINCENT CHARBONNEAU and KATRINA ELIZABETH WALLACE**, did knowingly and willfully conspire and agree with each other and with others both known and unknown to the Grand Jury to knowingly and intentionally manufacture methamphetamine, a Schedule II narcotic controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

NOTICE OF FORFEITURE

As a result of the offense specified above, the defendants, **DALTON WESLEY SIMMONS, WANDA MARIE DUNCAN, BRETT VINCENT CHARBONNEAU and KATRINA ELIZABETH WALLACE**, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

Further, if any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described above.

All pursuant to Section 853, Title 21, United States Code, Section 981(a)(1)(C), Title 18, United States Code, and Section 2461(c), Title 28, United States Code.

JOHN M. DOWDY, JR.
United States Attorney

A TRUE BILL:

s/signature redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 6th day of July, 2011.

UNITED STATES MAGISTRATE JUDGE